# Exhibit A

Affidavit – Cease the Denied Access to Affiant Herbert Gustavus Sowe Deposits and Provide Information and Records in Accordance with Sunshine Act 5 U.S.C. Section 552 Freedom of Information Act.

To:	Navy Federal Credit Union
	Legal Department
	P.O. Box 3000
	Merrifield, Virginia 22119-3000


From:	Affiant, Herbert Gustavus Sowe
	324 Fox Lair Drive
	Reisterstown, Maryland 21136-6211


September 16, 2023


# CEASE THE DENIED ACCESS TO AFFIANT Herbert Gustavus Sowe DEPOSITS AND PROVIDE INFORMATION AND RECORDS IN ACCORDANCE WITH SUNSHINE ACT 5 USC SECTION 552 FREEDOM OF INFORMATION ACT


1. Please take notice that an Affidavit[1] by the Affiant[2] Herbert Gustavus Sowe as a declaration upon oath[3] that the Affiant is a customer and does not recall reading in the Navy Federal Credit Union P.O. Box 3000 Merrifield, Virginia 22119-3000 service agreement that the bank institute will deny its

---

[1] **Affidavit** - "written declaration upon an oath," 1590s, from Medieval Latin Affidavit, literally "he has stated on oath," [*https://www.etymonline.com/search?q=Affidavit&ref=searchbar_searchhint*]
[2] **Affiant** is defined: a person making an Affidavit (Source: The Winston Dictionary)
[3] **Oath** *"judicial swearing, solemn appeal (to deity, sacred relics, etc.), in witness of truth or a promise,"* [*https://www.etymonline.com/search?q=oath&ref=searchbar_searchhint*]

customers their 4th amendment[4] protection against the warrantless and unlawful search and seizure of their property deposited inside the bank institute property and under the Sunshine Act 5 USC Section 552 the Freedom of Information Act the Affiant is authorized to request records of its policies regarding its customers.

2. Please take notice that an Affidavit[5] by the Affiant[6] Herbert Gustavus Sowe as a declaration upon oath[7] that the Affiant is authorized under the Sunshine Act 5 USC Section 552 the Freedom of Information Act to request a record showing the Affiant wet-ink signature on the Navy Federal Credit Union P.O. Box 3000 Merrifield, Virginia 22119-3000 service agreement where it specifies that it has the authority to deny Affiant his right to the 4th amendment protection from warrantless and unlawful search and seizure of property.

---

[4] **Amendment IV**
*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.*
[5] **Affidavit** - "written declaration upon an oath," 1590s, from Medieval Latin Affidavit, literally "he has stated on oath," [*https://www.etymonline.com/search?q=Affidavit&ref=searchbar_searchhint*]
[6] **Affiant** is defined: a person making an Affidavit (Source: The Winston Dictionary)
[7] **Oath** *"judicial swearing, solemn appeal (to deity, sacred relics, etc.), in witness of truth or a promise,"* [*https://www.etymonline.com/search?q=oath&ref=searchbar_searchhint*]

3. Please take notice that an Affidavit[8] by the Affiant[9] Herbert Gustavus Sowe as a declaration upon oath[10] is giving notice to Navy Federal Credit Union to cease complying with an unlawful and unconstitutional restraining notice and immediately allow Affiant access to property deposits.

4. Please take notice that under the Sunshine Act 5 USC Section 552, the Freedom of Information Act, that the Affiant is requesting a record of a photocopy of the warrant with wet-inked signature issued under oath and affirmation by a Judge[11] of a Court[12] ordering the seizure of the Affiant deposits account.

5. Please take notice under the Sunshine Act 5 USC Section 552 the Freedom of Information Act, that the Affiant[13] is requesting a photocopy of the bank's *Articles of Incorporation.*

**FAILURE TO PROVIDE BANK POLICY INFORMATION OR MISREPRESENTATION OF BANK POLICY INFORMATION IS AN ACT OF FRAUD AND VOIDS ALL SIGNATURES AND CANCELS**

---

[8] **Affidavit** - "written declaration upon an oath," 1590s, from Medieval Latin Affidavit, literally "he has stated on oath," [*https://www.etymonline.com/search?q=Affidavit&ref=searchbar_searchhint*]
[9] **Affiant** is defined: a person making an Affidavit (Source: The Winston Dictionary)
[10] **Oath** *"judicial swearing, solemn appeal (to deity, sacred relics, etc.), in witness of truth or a promise,"* [*https://www.etymonline.com/search?q=oath&ref=searchbar_searchhint*]
[11] **Judge** the presiding official in a court of law, having the authority to hear and decide civil and criminal cases (SOURCE THE WINSTON DICTIONARY COLLEGE EDITION 1947)
[12] **Court** is defined a hall of justice. (Source: The Winston Dictionary)
[13] **Affiant** is defined: a person making an Affidavit (Source: The Winston Dictionary)

## ALL CONTRACTUAL OBLIGATIONS THEREFORE THIS BANKING INSTITUTION MUST IMMEDIATELY RELEASE AFFIANT PROPERTY DEPOSITS

1. Please take notice the bank's failure to disclose bank policy information or a misrepresentation of bank policy information is an act of fraud and voids all signatures and cancels all contractual obligations, which means it has no contractual authority to seize the property deposits belonging to the Affiant and must immediately release Affiant property deposits.

2. Please note that the Bank must respond in writing within 72 hours of receiving this Affidavit or immediately notify the Affiant by phone or letter that the Bank will release property deposits.

_____
AFFIANT SIGN IN FRONT OF NOTARY PUBLIC

9/14/23

_____
Notary   Exp 4/12/2024

[Notary Seal: JOSEPH W. MANDARA, Notary Public, Baltimore County, MD]

Sent via Certified Mail Returned Receipt Number: - 7022 0410 0000 9702 0732