# Exhibit B

Order – Circuit Court Case Number 03-C-18-002091



CIRCUIT COURT FOR BALTIMORE COUNTY
THIRD JUDICIAL CIRCUIT

County Courts Building
Towson, Maryland 21204

ORDER

| | |
|---|---|
| Case Number: | 03-C-18-002091 |
| Case Name: | Turner vs. Sower |
| Date: | September 15, 2023 |
| Screener: | Magistrate Polley |
| Motion: | Defendant filed a Motion to Access Records on August 26, 2023. |
| Response: | None. |
| Ruling: | ORDERED, that Defendant's Motion to Access Records shall be and is hereby DENIED at this time. The case was closed on August 2, 2023; any new court filings requires personal service, and not simply a certificate of service. |

**09/18/2023 8:25:29 AM**
Date

Judge
Jan M. Alexander

Entered: Clerk, Circuit Court for
Baltimore County, MD
September 18, 2023