**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

HERBERT GUSTAVUS SOWE,

   Plaintiff,

   v.                                                                              Civil Action No.:  SAG-23-3281

NAVY FEDERAL CREDIT UNION,

   Defendant.

**ORDER**

The above-captioned Complaint was filed with the full filing fee, and therefore Plaintiff bears the responsibility for effecting service of process on Defendant. Plaintiff may effectuate service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and Complaint on Defendant.

Although Plaintiff provided summons along with the Complaint, it is deficient because the address for Defendant does not identify the person designated for service. Plaintiff will be granted 21 days from the date of this Order to correct the deficiency. Plaintiff is forewarned that failure to provide summons to the Clerk will result in dismissal of the Complaint without further notice and without prejudice.

Service of process on corporations and associations may be made pursuant to Fed. R. Civ. P. 4(h). The summons and Complaint are generally served on the resident agent, president, secretary, or treasurer. *See* Maryland Rule 2-124(d). Plaintiff may contact the office of the State Department of Assessments and Taxation at (410) 767-1330 or visit the website at https://egov.maryland.gov/BusinessExpress/EntitySearch to obtain the name and service address for the resident agent of a corporate defendant.

Both LexisNexis and Westlaw provide free public access to the Maryland Rules. Free public access to the Maryland Rules is also available through the Maryland State Law Library's website at: https://mdcourts.gov/lawlib/research/gateway-to-md-law/code-rules-laws-sources.

Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and Complaint may be effected by any person who is not a party and who is at least 18 years of age. Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and Complaint must promptly notify the Court,[1] through an affidavit, that he or she has served Defendant.

If there is no record that service was effectuated on Defendant, Plaintiff risks dismissal of this case. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effectuated service of process within 90 days of filing the Complaint, the Court may enter an Order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within the time as set by the Court, the Complaint shall be dismissed without prejudice.

Accordingly, it is this 14th day of December, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Within 21 days of the date of this Order, Plaintiff SHALL SUBMIT completed summons as instructed herein, to the Clerk and the Clerk SHALL issue summons and return summons to Plaintiff; If service copies of the Complaint were provided, the Clerk SHALL RETURN them to the Plaintiff;

2. Plaintiff IS FOREWARNED that failure to return completed summons within the time specified will result in dismissal of the Complaint without prejudice and

---

[1] If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service showing who received service and when it was received.

2

without further notice; and

3. The Clerk SHALL SEND a copy of this Order to Plaintiff.

/s/
Stephanie A. Gallagher
United States District Judge