| A F F I D A V I T   O F   S E R V I C E |
|---|

USDC-BALTIMORE
'23 DEC 20 PM 1:30

U S District Court For Maryland , (Baltimore Division)
101 West Lombard Street, 4th Fl.
Baltimore, MD 21201

      **Case #:**    23-CV-3281-SAG
    **Plaintiff:**   Herbert Gustavus Sowe
    **Defendant:**  Navy Federal Credit Union

I certify that I served **Navy Federal Credit Union (Served On: Hannah Anderson, Intake Specialist - Authorized To Accept Service Of Process)** at **3:25 pm** on **12-11-2023**, at **Navy Federal Credit Union 820 Follin Ln SE, Vienna, VA 22180** a copy of the following documents with all supporting papers issued on: 12-04-2023.
1. **Complaint (United States District Court) 2. Summons (United States District Court) 3. Civil Cover Sheet (United States District Court) 4. Exhibit A – Affidavit Cease And Release Unlawful Restraining Notice On Affiant Bank Account. 5. Exhibit B – Order – Circuit Court Case Number 03-c18-002091**

which were previously filed with this Court. Attached is a copy of the first page of the summons with the captioned case information.

The person I left the papers with acknowledged being: (1) At the above work address; (2) of suitable discretion in that the relationship to the defendant is: **Intake Specialist - Authorized To Accept Service Of Process** and that; (3) the above listed is the defendant's work location.

The description of this person is: **Caucasian , Female, 5-4, 140 To 145 lbs, 25 To 30 yrs, , .**

I Have Effected Personal Service Upon The Individual Named Above At The Address Listed Above, Who Has Instructed Me That They Are Duly Authorized To Accept Service Of Process.

I certify that I am over eighteen (18) years of age and that I am not the plaintiff or the defendant. I solemnly affirm, on this 17th day of December, 2023, under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

Sean Gordon (***) (DOB: ) / Our File#: 507030

Legal Papers, Inc. 908 York Road, 2nd floor, Towson, MD 21204 (410) 823-4444



7 March 2023

Office of the Sheriff
County of Fairfax
4110 Chain Bridge Road
Fairfax, VA 22032

RE: Substitute Service on Navy Federal Credit Union and/or the Officers of the Credit Union

Dear Sheriff:

In accordance with the Code of Virginia 1950, as amended, I authorize the following Navy Federal Credit Union employees to accept legal service on my behalf of any documents being served on the credit union or me as an officer of the credit union in Virginia.

| | | |
|---|---|---|
| Timothy Sutherly | Mustafa Khalil | Jacob Highlander |
| Ronald Hilton | Leandro Berges | Michael Gelzer |
| Ray Patterson | Nathan Ober | Phanya Sisoukrath |
| Scott Dunn | Jeremie Washington | Christopher Cook |
| William Rodriguez | Andrew Seamans | Willie Black |
| Tenzin Kunkyab | Said Mirri | Lawrence Threat Jr. |
| Twanna Johnson | Anthony Schartz | Charissa Pound |
| Phillip Quesada | Michael Arnold | Hannah Anderson |
| Richard Canton | Rico Carter | Samantha Chavez |
| Richard Glueckert | Lucas Portzel | Patricia Zuniga |
| Christopher Hager | Daniel Creek | |

Sincerely,

Alex Daman
Chief Security Officer

Commonwealth of Virginia County of Fairfax
On this 7th day of March 2023 Alex Daman appeared before _____
                                                                    Notary Public

MARK H SECHLER
Notary Public
Commonwealth of Virginia
Registration No. 7643537
My Commission Expires Mar 31, 2026