# AFFIDAVIT OF SERVICE

U S District Court For Maryland , (Baltimore Division)
101 West Lombard Street, 4th Fl.
Baltimore, MD 21201

**Case #:** 1 23 CV 03281 SAG
**Plaintiff:** Herbert Gustavus Sowe
**Defendant:** Navy Federal Credit Union

I certify that I served **Navy Federal Credit Union (Served On: Csc Lawyers - New Corporate Policy - Employee Refused Full Name, Intake Specialist - Authorized To Accept Service Of Process)** at **1:23 pm** on **01-12-2024**, at **csc lawyers incorporating service company 7 St Paul St, suite# 820, Baltimore, MD 21202** a copy of the following documents with all supporting papers issued on: 12-21-2024. **Summons In A Civil Action, Plaintiff's Original Complaint, Civil Coversheet, Exhibits**

which were previously filed with this Court. Attached is a copy of the first page of the summons with the captioned case information.

The person I left the papers with acknowledged being: (1) At the above work address; (2) of suitable discretion in that the relationship to the defendant is: **Intake Specialist - Authorized To Accept Service Of Process** and that; (3) the above listed is the defendant's work location.

The description of this person is: **Black , Female, 5-7, 130-140 lbs, 60-65 yrs, , .**

I Have Effected Personal Service Upon The Individual Named Above At The Address Listed Above, Who Has Instructed Me That They Are Duly Authorized To Accept Service Of Process.

I certify that I am over eighteen (18) years of age and that I am not the plaintiff or the defendant. I solemnly affirm, on this 13th day of January, 2024, under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

*Selina Tia Emmons*

**Selina Tia Emmons (\*\*\*) Defhotline@legalpapers.Net ( DOB: 06-15-1981 ) / Our File#: 508129**

Legal Papers, Inc. 908 York Road, 2nd floor, Towson, MD 21204 (410) 823-4444





# INSTRUCTIONS FOR PROCESS SERVERS

1) Please make sure each document is separated and the entity served is underlined.

2) Sign in on the iPad.

3) Please ring the doorbell. A team member will greet you to receive the Service of Process. No NOT leave it in the vestibule.

**SERVICE OF PROCESS HOURS ARE**

**MONDAY - FRIDAY**

**9 A.M TO 3 PM**

Thank you!

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Herbert Gustavus Sowe

v.

Navy Federal Credit Union

AR

USDC- BALTIMORE
'24 JAN 17 PM3:32

Case No. 1:23-cv-03281-SAG

### RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [x] other - describe: Civil Cover Sheet and Exhibits

By (check method of service):

- [ ] Personal - place served: _____
- [ ] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [x] Other - describe: Served by Private Process Server, i.e., Legal Papers, Inc

On (name of person or entity served): CSC Lawyers, Inc - Navy Federal Credit Union

Date of service: January 12, 2024

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

January 15, 2024
Date

*[signature]*
Signature of Process Server

Herbert Gustavus Sowe
Printed Name of Process Server

324 Fox Lair Drive Reisterstown, MD 21136-6222
Address of Process Server

443-381-9311
Telephone Number of Process Server

ReturnofService (06/2016)