# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **HERBERT G. SOWE,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 1:23-cv-03281-SAG ) |
| **NAVY FEDERAL CREDIT UNION,** | ) ) ) |
| **Defendant.** | ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., hereby enters his appearance in the above-titled action on behalf of Defendant Navy Federal Credit Union. Undersigned Counsel certifies that he is admitted to practice in this Court.

Dated: February 2, 2024              Respectfully submitted,

                                     */s/ Micah E. Ticatch*
                                     Micah E. Ticatch,
                                     Maryland Federal Bar No. 21208
                                     ISLER DARE, P.C.
                                     1945 Old Gallows Road, Suite 650
                                     Vienna, Virginia 22182
                                     Telephone: (703) 748-2690
                                     Facsimile: (703) 748-2695
                                     mticatch@islerdare.com
                                     *Counsel for Defendant*
                                     *Navy Federal Credit Union*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February 2024, I electronically filed the foregoing with the Clerk of the U.S. District Court for District of Maryland using the CM/ECF system and a physical copy of the foregoing was mailed and electronically transmitted to:

>Herbert Gustav Sowe
>324 Fox Lair Drive
>Reisterstown, MD 21136-6222
>Boltondelta@gmail.com
>*Pro Se Plaintiff*

>*/s/ Micah E. Ticatch*
>MICAH E. TICATCH
>Maryland Federal Bar No. 21208
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>Telephone: (703) 748-2690
>Facsimile: (703) 748-2695
>E-Mail: mticatch@islerdare.com
>*Counsel for Defendant*
>*Navy Federal Credit Union*