IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **HERBERT GUSTAVUS SOWE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-3281-SAG |
| | ) |
| **NAVY FEDERAL CREDIT UNION** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Navy Federal Credit Union ("Navy Federal"), by counsel, hereby moves for an order dismissing Counts 2, 3, 4, and 5 of Plaintiff's Complaint with prejudice for the reasons stated in the concurrently filed Memorandum in Support.

Dated: February 2, 2024          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ Micah E. Ticatch
　　　　　　　　　　　　　　　　　　　　Edward Lee Isler, Md. Fed. Bar No. 22332
　　　　　　　　　　　　　　　　　　　　Micah E. Ticatch, Md. Fed. Bar No. 21208
　　　　　　　　　　　　　　　　　　　　ISLER DARE, P.C.
　　　　　　　　　　　　　　　　　　　　1945 Old Gallows Road. Suite 650
　　　　　　　　　　　　　　　　　　　　Vienna, Virginia 22182
　　　　　　　　　　　　　　　　　　　　Phone: (703) 748-2690
　　　　　　　　　　　　　　　　　　　　Facsimile: (703) 748-2695
　　　　　　　　　　　　　　　　　　　　eisler@islerdare.com
　　　　　　　　　　　　　　　　　　　　mticatch@islerdare.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Navy Federal Credit Union*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and serve a copy of the foregoing by first class mail upon the following:

>Herbert Gustavus Sowe
>324 Fox Lair Drive
>Reisterstown, MD 21136-6211
>
>*Pro se Plaintiff*


>         /s/ Micah E. Ticatch
>Micah E. Ticatch, Md. Fed. Bar No. 21208
>ISLER DARE, P.C.
>1945 Old Gallows Road. Suite 650
>Vienna, Virginia 22182
>Phone: (703) 748-2690
>Facsimile: (703) 748-2695
>mticatch@islerdare.com
>
>*Counsel for Defendant Navy Federal*
>*Credit Union*