**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **HERBERT GUSTAVUS SOWE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  1:23-cv-3281-SAG** |
| | ) | |
| **NAVY FEDERAL CREDIT UNION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss ("Motion"), the memoranda submitted in support of and in opposition thereto, and argument, it is hereby:

ORDERED that the Motion be and is GRANTED; and it is further

ORDERED that Counts 2, 3, 4, and 5 are dismissed with prejudice.

Dated: _____, 2024

_____
Hon. Stephanie A. Gallagher
United States District Court for the
District of Maryland

1