**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **HERBERT G. SOWE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NAVY FEDERAL CREDIT UNION,** )<br>)<br>**Defendant.** )<br>) | Case No. 1:23-cv-3281-SAG |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Edward Lee Isler of the law firm of Isler Dare, P.C., hereby enters his appearance in the above-titled action on behalf of Defendant Navy Federal Credit Union. Undersigned Counsel certifies that he is admitted to practice in this Court.

Dated: February 2, 2024

Respectfully submitted,

*/s/ Edward Lee Isler*
Edward Lee Isler
Maryland Federal Bar No. 22332
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Telephone: (703) 748-2690
Facsimile: (703) 748-2695
E-Mail: eisler@islerdare.com
*Counsel for Defendant*
*Navy Federal Credit Union*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 2nd day of February 2024, I electronically filed the foregoing with the Clerk of the U.S. District Court for District of Maryland using the CM/ECF system and serve a copy of the foregoing by first class mail upon the following:

    Herbert G. Sowe
    324 Fox Lair Drive
    Reisterstown, MD 21136-6222
    Boltondelta@gmail.com
    *Pro Se Plaintiff*

            */s/ Edward Lee Isler*
            Edward Lee Isler
            Maryland Federal Bar No. 22332
            ISLER DARE, P.C.
            1945 Old Gallows Road, Suite 650
            Vienna, Virginia 22182
            Telephone: (703) 748-2690
            Facsimile: (703) 748-2695
            E-Mail: eisler@islerdare.com
            *Counsel for Defendant*
            *Navy Federal Credit Union*