IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Herbert G. Sowe                    *
**Plaintiff,**
                                   *
v.                                     Case No. 1:23-cv-03281-SAG
                                   *
Navy Federal Credit Union
                                   *
**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with Navy Federal Credit Union :
(name of party)

Navy Federal Financial Group, LLC is wholly owned by Navy Federal Credit Union.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<span>(name of LLC party)</span>

_____           _____
(name of member)                                                          (state of citizenship)

_____           _____
(name of member)                                                          (state of citizenship)

_____           _____
(name of member)                                                          (state of citizenship)

_____           _____
(name of member)                                                          (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

February 2, 2024                                                        /s/ Micah E. Ticatch
Date                                                                              Signature

                                                                                    Micah E. Ticatch, 21208
                                                                                    Printed name and bar number

                                                                                    1945 Old Gallows Road, Suite 650, Vienna, VA 22182
                                                                                    Address

                                                                                    mticatch@islerdare.com
                                                                                    Email address

                                                                                    703-478-2690
                                                                                    Telephone number

                                                                                    703-748-2695
                                                                                    Fax number