# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

### (Northern Division)

| | |
|---|---|
| HERBERT GUSTAVUS SOWE,<br><br>*Plaintiff*<br><br>vs.<br><br><br>NAVY FEDERAL CREDIT UNION,<br><br>*Defendant* | Case No. 1:23-cv-3281-SAG |

USDC- BALTIMORE
'24 FEB 26 PM3:08

## AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

I, Herbert Gustavus Sowe, do hereby make oath and swear as follows:

1. I am an adult of sound mind.

2. I am the Plaintiff in this case, hence competent to swear this affidavit.

3. I make this affidavit in Support of my Opposition to Defendant's Motion to Dismiss.

4. Defendant is an armed forces bank serving the Navy, Army, Marine Corps, Air Force, Space Force, Coast Guard, veterans, DoD & their families.

5. Defendant is chartered with the National Credit Union Administration ("NCUA") as a single-sponsor credit union, with its sponsor being the Department of Defense.

6. According to the information on Defendant's website, and Defendant's Corporate Fact Sheet, Defendant is a credit union that offers loans with affordable rates and manageable terms.



Rcv'd by: AR

Page **8** of **9**

7. The said information further provides that Defendant aims to build financial security by providing a safe place to deposit savings and earn dividends.

8. I placed special confidence in Defendant, by opening a deposit account with the Defendant. Defendant is duty bound to act in good faith and to consider my interests.

9. Defendant breached the said duty when it restricted me access to my checking account, without providing any explanation or justification to me.

10. I first filed my Complaint with the NFCU Office in Virginia. However, I received an Order notifying me that the Complaint was to be filed in Maryland. Hence, I effected the Proof of Service in NFCU's Office located in Baltimore, Maryland

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
HERBERT GUSTAVUS SOWE
Plaintiff, pro se
324 Fox Lair Drive
Reisterstown, Maryland 21136-6222
Phone: - 443-381-9311
Email: - Boltondelta@gmail.com

Subscribed and sworn to before me this 26th day of February, 2024

_____
[ENTER NAME]

MILES KOBIN
Notary Public-Maryland
Baltimore County
My Commission Expires
November 08, 2027