IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Herbert Gustavus Sowe      *

\*

v.                          *       Case No. 1:23-CV-03281-SAG

Navy Federal Credit Union   *

\*

## RETURN OF SERVICE

I served the following documents (check all that apply):

- ☐ summons
- ☐ complaint and any attachments
- ☐ subpoena
- ☒ other - describe: Opposition to Defendant's Motion to Dismiss, Memorandun, & Affidavit

By (check method of service):

- ☐ Personal - place served: _____
- ☐ Certified mail, restricted delivery - attach green card
- ☐ Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- ☒ Other - describe: Served by Legal Papers, INC - (Private Process Server)

Towson, Maryland

On (name of person or entity served): CSC Lawyers, Inc - Navy Federal Credit Union

Date of service: February 29, 2024 @ 12:38 PM.

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

03/01/2024
Date

Signature of Process Server

**Herbert Gustavus Sowe**
Printed Name of Process Server

324 Fox Lair Drive Reisterstown, MD21136-6222
Address of Process Server

**443-381-9311**
Telephone Number of Process Server



# AFFIDAVIT OF SERVICE

U S District Court For Maryland , (Baltimore Division)
101 West Lombard Street, 4th Fl.
Baltimore, MD 21201

      **Case #:** 1 23 CV 03281 SAG
 **Plaintiff:** Herbert Gustavus Sowe
**Defendant:** Navy Federal Credit Union

I certify that I served **Navy Federal Credit Union (Served On: Covid Drop Box - For Service Of Process , Covid Drop Box - For Service Of Process )** at **12:38 pm** on **02-29-2024**, at **csc lawyers incorporating service company 7 St Paul Street, Suite# 820, Baltimore, MD 21202** a copy of the following documents with all supporting papers issued on: 02-26-2024. **Certificate Of Service, Opposition To Defendant Motion To Dismiss, Memorandum In Support Of Opposition To Defendant's Motion To Dismiss, Affidavit In Support Of Motion To Dismiss**

which were previously filed with this Court. Attached is a copy of the first page of the summons with the captioned case information.

The person I left the papers with acknowledged being: (1) At the above work address; (2) of suitable discretion in that the relationship to the defendant is: **Covid Drop Box - For Service Of Process** and that; (3) the above listed is the defendant's work location.

The description of this person is: , , , **lbs**, **yrs**, , .

Covid-19 Drop Box --- Covid-19 Drop Box ---- I Was Authorized To Make Personal Service On The Authorized Individual Referenced Above Due To The Covid-19 Pandemic. Service Of Process Was Performed By Delivering The Documents To The Specified Covid-19 Drop Box Location/address.

I certify that I am over eighteen (18) years of age and that I am not the plaintiff or the defendant. I solemnly affirm, on this 29th day of February, 2024, under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

*Mary Noor*
**Mary Noor (***Z) Defhotline@legalpapers.Net ( DOB: 04-04-1979 ) / Our File#: 510615**

Legal Papers, Inc. 908 York Road, 2nd floor, Towson, MD 21204 (410) 823-4444