IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| HERBERT GUSTAVUS SOWE, | * |
| Plaintiff, | * |
| v. | *   Civil No. SAG-23-3281 |
| NAVY FEDERAL CREDIT UNION, | * |
| Defendant. | * |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 29th day of March, 2024, ORDERED that Defendant's Motion to Dismiss, ECF 8, is GRANTED. Plaintiff's federal claims are DISMISSED without prejudice. This Court declines to exercise supplemental jurisdiction over the remaining state law claims. The Clerk is directed to CLOSE this case.

/s/
Stephanie A. Gallagher
United States District Judge